Christopher S. Marchese (CA 170239)
marchese@fr.com
FISH & RICHARDSON P.C.
555 West Fifth Street, 31st Floor
Los Angeles, CA 90013
Tel: 213-533-4240 / Fax: 858-678-5099

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEMICONDUCTOR ENERGY LABORATORY CO., LTD.,<br><br>PLAINTIFF(S)<br><br>v.<br><br>TCL CHINA STAR OPTOELECTRONICS TECHNOLOGY CO., LTD., et al.,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>8:21-cv-00554-JAK-ADS<br><br>**NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed  ☑ Lodged:  (**List Documents**)

See Attachment A

**Reason:**

☐    Under Seal

☐    In Camera

☑    Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☑    Per Court order dated:   October 21, 2021

☐    Other:

February 7, 2022
Date

  /s/ Bryan K. Basso
Attorney Name

Semiconductor Energy Laboratory Co., Ltd.
Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

**Attachment A to**
**Notice of Manual Filing or Lodging**
**for Parties' S.P.R 3.5 Joint Supporting Evidence**

<u>1 USB containing a copy of</u>:

S.P.R. 3.5.1 Word version of Parties' Proposed Constructions of Disputed Terms
S.P.R. 3.5.3 Annotated Petition for *Inter Partes* Review of U.S. Patent 10,680,049
S.P.R. 3.5.3 Certified File History for U.S. Patent No. 7,372,199
S.P.R. 3.5.3 Certified File History for U.S. Patent No. 10,680,049
S.P.R. 3.5.3 Certified File History for U.S. Patent No. 9,208,717
S.P.R. 3.5.3 Certified File History for U.S. Patent No. 10,777,290

<u>1 binder each of</u>:

S.P.R. 3.5.1 Word version of Parties' Proposed Constructions of Disputed Terms
S.P.R. 3.5.3 Annotated Petition for *Inter Partes* Review of U.S. Patent 10,680,049
S.P.R. 3.5.3 Certified File History for U.S. Patent No. 7,372,199
S.P.R. 3.5.3 Certified File History for U.S. Patent No. 10,680,049
S.P.R. 3.5.3 Certified File History for U.S. Patent No. 9,208,717
S.P.R. 3.5.3 Certified File History for U.S. Patent No. 10,777,290

## CERTIFICATE OF SERVICE

I am employed in the County of San Mateo.  My business address is Fish & Richardson P.C., 500 Arguello Street, Suite 400, Redwood City, California 94063.  I am over the age of 18 and not a party to the foregoing action.

On February 7, 2022, I caused a copy of NOTICE OF MANUAL FILING OR LODGING to be served on the interested parties in this action by attaching a PDF file containing the same to an email addressed as follows:

| | |
|---|---|
| Bradford A. Cangro | Attorneys for Defendants |
| Jeremy Peterson | TCL CHINA STAR |
| PV LAW LLP | OPTOELECTRONICS |
| 5335 Wisconsin Ave., N.W., Ste. 440 | TECHNOLOGY CO., LTD., TCL |
| Washington, D.C. 20015-2052 | TECHNOLOGY GROUP |
| Email: CSOT-SEL@pvuslaw.com | CORPORATION, TTE |
| | TECHNOLOGY, INC., TCL |
| Andrew S. Dallmann | COMMUNICATION |
| MCCARTNEY DALLMANN LLP | TECHNOLOGY HOLDINGS |
| 23187 La Cadena Dr., Ste. 102 | LIMITED, TCT MOBILE, INC., and |
| Laguna Hills, CA 92653 | TCT MOBILE (US) INC. |
| Email: andrew@mdllplaw.com | |

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.  I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.  Executed on February 7, 2022, at Redwood City, California.

/s/ Francine Lopacinski
Francine Lopacinski