Christopher S. Marchese (CA 170239 / marchese@fr.com)
FISH & RICHARDSON P.C.
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Tel: (213) 533-4240 / Fax: (858) 678-5099

David M. Barkan (CA 160825 / barkan@fr.com)
Bryan K. Basso (CA 278973 / basso@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 400
Redwood City, CA 94063
Tel: (650) 839-5070 / Fax: (650) 839-5071

**Attorneys for Plaintiff**

Andrew S. Dallmann, (CA 206771 / andrew@mdllplaw.com)
MCCARTNEY DALLMANN LLP
23187 La Cadena Drive, Suite 102
Laguna Hills, CA 92653
Tel: (951) 678-2267 / Fax: (951) 262-8054

Bradford A. Cangro (*pro hac vice*)
bradford.cangro@pvuslaw.com
Jeremy D. Peterson (*pro hac vice*)
jeremy.peterson@pvuslaw.com
PV LAW LLP
5335 Wisconsin Avenue, NW, Suite 440
Washington, DC 20015
Tel: (202) 869-4667

**Attorneys for Defendants**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SEMICONDUCTOR ENERGY LABORATORY CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> TCL CHINA STAR OPTOELECTRONICS TECHNOLOGY CO., LTD.; TCL TECHNOLOGY GROUP CORPORATION; TTE TECHNOLOGY, INC.; TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED; TCT MOBILE, INC.; and TCT MOBILE (US) INC., <br><br> Defendants. | Case No. 8:21-cv-00554-JAK-KES <br><br> **JOINT STIPULATION TO ADD PARTIES AND MOTION FOR LEAVE TO AMEND PLEADINGS AFTER SCHEDULING ORDER DATE** |

Plaintiff Semiconductor Energy Laboratory Co., Ltd. ("SEL"), and Defendants TCL China Star Optoelectronics Technology Co., Ltd.; TCL Technology Group Corporation; TTE Technology, Inc.; TCL Communication Technology Holdings Limited; TCT Mobile, Inc.; and TCT Mobile (US) Inc. (collectively "Defendants"), by and through their respective counsel, hereby jointly stipulate to add the following parties to this action (each of which is also represented by counsel for Defendants and each of which stipulates to their addition to this action):

      1.    Wuhan China Star Optoelectronics Semiconductor Display Technology Co., Ltd.;

      2.    Huizhou TCL Mobile Communication Co. Ltd.; and

      3.    TCL Communication Limited.

      (Declaration of David Barkan ¶¶ 2, 4)

Pursuant to Federal Rule of Civil Procedure 15(a)(2), the parties are permitted to amend the pleadings without seeking a court order if all parties consent, as they do here, including the new parties to be added to this action. Fed. R. Civ. P. 15(a)(2) ("In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave."). However, the scheduling order set the deadline to amend the pleadings and add parties for this action on January 31, 2022. Dkt. No. 37. Thus, SEL, Defendants, and the aforementioned new entities further consent and jointly seek leave to amend the Complaint (Dkt. No. 1) and Answer (Dkt. No. 21) to add the new entities. Defendants' counsel have agreed to represent these three new entities. (Barkan Decl. at ¶ 4.) The new entities will further agree to waive service of the Amended Complaint and will be subject to the responses provided in the Answer to the Amended Complaint.  The parties have further agreed to and stipulated to the form of the Amended Complaint and the form of the Answer to the Amended Complaint (Barkan Decl. at ¶ 5, Exhibit A, B), both of which will be filed if leave is granted.

JOINT STIPULATION TO ADD PARTIES AND AMEND
PLEADINGS
Case No.8:21-cv-00554-JAK-KES

SEL asserts that good cause exists to add these parties and amend the pleadings. SEL filed its Complaint on March 24, 2021. (Dkt. No. 1.) SEL avers that it was made aware of the specific relevance of the above-named parties through discovery that occurred after the deadline to add parties to this action. (Barkan Decl. at ¶ 2.) Counsel for Defendants and for the parties to be added have agreed to the addition of these parties and have already provided discovery related to these entities. Wuhan China Star Optoelectronics Semiconductor Display Technology Co., Ltd. creates, develops, configures, tests, makes, sells, and offers for sale the displays that are incorporated in all of the accused products. (*Id*. at ¶ 3.) Huizhou TCL Mobile Communication Co. Ltd. makes, tests, and configures the displays for at least one of the accused products. (*Id*.) TCL Communication Limited is responsible for sales of several of the accused products through the Amazon, Inc. website in the U.S. (*Id*.) SEL reserves the right to seek additional discovery to the extent that any information was withheld on the basis that these parties were not previously joined in this litigation. (*Id*. at ¶ 5.)

This joint stipulation is made following the conference of counsel pursuant to L.R. 7-3 initiated on March 30, 2022. (*Id*. at ¶ 2.) Defendants and the to-be-added parties reserve the right to contest these new entities being named as parties in any future case on any ground, including for lack of personal jurisdiction. (*Id*. at ¶ 4.)

Dated:  May 11, 2022                    FISH & RICHARDSON P.C.


By: */s/ David M. Barkan*
    David M. Barkan


Attorneys for Plaintiff
SEMICONDUCTOR ENERGY
LABORATORY CO., LTD.

JOINT STIPULATION TO ADD PARTIES AND AMEND
PLEADINGS
Case No.8:21-cv-00554-JAK-KES

1   Dated:  May 11, 2022                    PV LAW LLP

2

3                                          By: */s/ Bradford A. Cangro*
                                               Bradford A. Cangro

4

5                                          Attorneys for Defendants
                                           TCL CHINA STAR
6                                          OPTOELECTRONICS TECHNOLOGY
                                           CO., LTD.; TCL TECHNOLOGY
7                                          GROUP CORPORATION; TTE
                                           TECHNOLOGY, INC.; TCL
8                                          COMMUNICATION TECHNOLOGY
                                           HOLDINGS LIMITED; TCT MOBILE,
9                                          INC.; and TCT MOBILE (US) INC.
10

11

12  *Additional Counsel*

13  Christina Brown-Marshall (CA 280552 / brown-marshall@fr.com)
    FISH & RICHARDSON P.C.
14  1180 Peachtree Street, NE, Floor 21
    Atlanta, GA 30309
15  Tel: (404) 724-2760 / Fax: 404-892-5002

16  Attorneys for Plaintiff
    SEMICONDUCTOR ENERGY
17  LABORATORY CO., LTD.

18

19

20              **CERTIFICATION OF ELECTRONIC SIGNATURE**

21          Pursuant to L.R. 5-4.3.4(a)(2)(i), I, David M. Barkan, attest that all other

22  signatories listed, and on whose behalf the filing is submitted, concur in the filing's

23  content and have authorized the filing.

24

25                                         */s/ David M. Barkan*
                                           David M. Barkan
26

27

28
                                    3    JOINT STIPULATION TO ADD PARTIES AND AMEND
                                                              PLEADINGS
                                                    Case No.8:21-cv-00554-JAK-KES