UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SEMICONDUCTOR ENERGY LABORATORY CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> TCL CHINA STAR OPTOELECTRONICS TECHNOLOGY CO., LTD.; TCL TECHNOLOGY GROUP CORPORATION; TTE TECHNOLOGY, INC.; TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED; TCT MOBILE, INC.; and TCT MOBILE (US) INC., <br><br> Defendants. | Case No. 8:21-cv-00554-JAK-KES <br><br> **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO ADD PARTIES AND AMEND PLEADINGS** |

The Court, having considered the parties' Joint Stipulation to Add Parties and Motion to Amend Pleadings to this action, and good cause showing, HEREBY GRANTS the joint stipulation to amend the pleadings and ORDERS that the following parties shall be added to this action:

    1.    Wuhan China Star Optoelectronics Semiconductor Display Technology Co., Ltd.;

    2.    Huizhou TCL Mobile Communication Co. Ltd.; and

3.      TCL Communication Limited.

The parties are also GRANTED leave to file an Amended Complaint and Answer to the Amended Complaint, respectively, to include the new parties.

IT IS SO ORDERED.

Dated: _____, 2022      _____
                                   Honorable John A. Kronstadt
                                   United States District Court