MCCARTNEY DALMANN LLP
Andrew S. Dallmann, Bar No. 206771
andrew@mdllplaw.com
23187 La Cadena Dr., Ste 102
Laguna Hills, CA 92653
Tel:   +1.951.678.2267
Fax:   +1.951.262.8054

PV LAW LLP
Bradford A. Cangro (admitted *pro hac vice*)
bradford.cangro@pvuslaw.com
Jeremy D. Peterson (admitted *pro hac vice*)
Jeremy.peterson@pvuslaw.com
5335 Wisconsin Avenue NW, Suite 440
Washington, DC 20015-2052
Tel:   +1.202.371.6861
Fax:   +1.202.888.3163

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEMICONDUCTOR ENERGY LABORATORY CO., LTD.,<br><br>Plaintiff,<br><br>vs.<br><br>TCL CHINA STAR OPTOELECTRONICS TECHNOLOGY CO., et. al.,<br><br>Defendants. | Case No. 8:21-cv-00554-JAK-KES<br><br>**DEFENDANTS' APPLICATION FOR LEAVE TO FILE UNDER SEAL CERTAIN PORTIONS OF, AND EXHIBITS TO, DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT, DAUBERT MOTIONS, AND MOTION TO STRIKE**<br><br>Hon. Judge John A. Kronstadt<br><br>Date: November 21, 2022<br>Time: 8:30 a.m.<br>Courtroom: 10B |

Pursuant to Local Rules 79-5.2.2(a)-(b), TCL China Star Optoelectronics Technology Co., Ltd.; TCL Technology Group Corporation; TTE Technology, Inc.; TCL Communication Technology Holdings Limited; TCT Mobile, Inc.; TCT Mobile (US) Inc.; Wuhan China Star Optoelectronics Semiconductor Display Technology Co., Ltd.; Huizhou TCL Mobile Communication Co., Ltd.; and TCL Communication Limited (collectively, "Defendants") seek to file under seal (1) portions of Defendants' Motion for Partial Summary Judgment of No Willfulness; (2) portions of Defendants' Motion for Summary Judgment of Non-Infringement; (3) portions of Defendants' Separate Statement of Uncontroverted Facts And Conclusions of Law in support of the two summary judgment motions; (4) Exhibits E, H-J, L-P, and R to the Declaration of Bradford A. Cangro in Support of Defendants' Motions for Summary Judgment; (5) portions of the Defendants' Motion to Exclude Certain Testimony of DeForest McDuff; (6) portions of Defendants' Motion to Exclude Certain Testimony of Dr. Russell Holmes, Dr. E. Fred Schubert, and Dr. Ralph Etienne-Cummings; (7) portions of Defendants' Motion to Strike the Second Supplemental Expert Report of DeForest McDuff, Ph.D.; and (8) Exhibits 1-7, 10-14, 17, 19, and 20 to the Declaration of Bradford A. Cangro in Support of Defendants' Daubert motions and Motion to Strike. Some of the foregoing materials contain information that designated as confidential by SEL pursuant to the protective order in this case.

The attached Declaration of Bradford A. Cangro being filed herewith identifies the specific material Defendants seeks to file under seal, and for the material designated by another as confidential pursuant to the protective order, the designating party. A copy of the Declaration was served on SEL, the designating party, on the same day it was filed.

Defendants respectfully request that this Application be granted, and the requested documents be sealed.

DEFS.' APP. FOR LEAVE TO SEAL DOCS.
RE DEFS.' MSJS., DAUBERT MTNS., AND
MTS – 8:21-CV-00554-JAK-KES

Dated: September 29, 2022                    PV LAW LLP


                                             By /s/ Bradford A. Cangro
                                                 Bradford A. Cangro

                                             *Attorneys for Defendants*

DEFS.' APP. FOR LEAVE TO SEAL DOCS.
RE DEFS.' MSJS., DAUBERT MTNS., AND
MTS – 8:21-CV-00554-JAK-KES